USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LOUISE WHITE,                       :
                                    :
                    Plaintiff,      :
                                    :        08 CIV 6578(VM)
                                    :
          - against -               :        ORDER
                                    :
LIBERTY LIFE ASSURANCE COMPANY      :
OF BOSTON, et. al.,                 :
                                    :
                    Defendants.     :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Complaint filed in this matter the Court has noted that plaintiff Louise White ("White") asserts that she is a resident of Nassau County; that defendant Liberty Life Assurance Company is a Massachusetts corporation with a principal place of business in Boston, Massachusetts; defendant The Greenpoint Bank Long Term Disability Plan ("LTD Plan") is an employee benefit welfare plan with an address in Melville, New York; and defendant Plan Administrator of the LTD Plan is an individual or entity with an address in Melville, New York (collectively "Defendants"). The complaint indicates that the events giving rise to the underlying action occurred in connection with Defendants' unlawful denial of White's benefits under the LTD Plan. It therefore appears that all or most of the material events, documents, persons and potential witnesses related to this action are located in

the Eastern District of New York. Accordingly, it is hereby

**ORDERED** that in the interest of justice, the maximum convenience to the parties and witnesses, and of the efficient management of this Court's docket, the Clerk of Court is directed to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         30 July 2008

                              _____
                              Victor Marrero
                              U.S.D.J.